IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. <br><br> PLAINTIFF, <br><br> v. <br><br><br> STEVEN J. MULROY, *in his official and individual capacity as District Attorney General of Shelby County, Tennessee*, <br><br> DEFENDANT | **Case No. 2:23-cv-01276** <br><br><br> **COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983** |

**NOTICE OF SUMMONS AND CIVIL COVER SHEET**

COMES NOW Plaintiff Friends of George's, Inc., (hereinafter "Plaintiff"), by and through its designated attorneys, and submits the following documents to the Court:

1. Summons to Steven J. Mulroy; and
2. Civil Cover Sheet.

1

Respectfully submitted,

<u>/s/ *Brice M. Timmons*</u>
Brice M. Timmons (#29582)
Craig A. Edgington (#38205)
Melissa J. Stewart (#40638)
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
***Counsel for Plaintiff***