IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., <br><br> PLAINTIFF, <br><br> v. <br><br> STEVEN J. MULROY, *in his official and individual capacity as District Attorney General of Shelby County, Tennessee,* <br><br> DEFENDANTS | Case No. 2:23-cv-02176-TLP-tmp <br><br> **COMPLAINT FOR VIOLATIONS OF THE CIVIL RIGHTS ACT OF 1871, 42 U.S.C. § 1983** |

## NOTICE OF DECLARATIONS

Plaintiff Friends of George's, Inc., by and through its designated attorneys, submits the following documents to the Court:

1. Declaration of Melissa J. Stewart
2. Declaration of Vanessa Rodley
3. Declaration of Mystie-Elizabthe Watson
4. Declaration of Clayton Klutts

Respectfully submitted,

/s/ *Melissa J. Stewart*
Brice M. Timmons (#29582)
Craig A. Edgington (#38205)
Melissa J. Stewart (#40638)
Donati Law, PLLC
1545 Union Ave.
Memphis, Tennessee 38104
(901) 278-1004 (Office)
(901) 278-3111 (Fax)
brice@donatilaw.com
craig@donatilaw.com
melissa@donatilaw.com
***Counsel for Plaintiff***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via the Court's ECF system on the 30th day of March, 2023.

*/s/ Melissa J. Stewart*