AO 458 (Rev. 01/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Tennessee ▼

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC. | ) |
| *Plaintiff* | ) |
| v. | ) |
| STEVEN J. MULROY, etc. | ) |
| *Defendant* | ) |

Case No.   2:23-cv-02176-TLP-tmp

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am authorized to practice in this court, and I appear in this case as counsel for:

Steven J. Mulroy, in his official capacity as District Attorney General of Shelby County, Tennessee      .

Date:      04/01/2023

s/James R. Newsom III

*Attorney's signature*

James R. Newsom III

*Printed name and bar number*
Office of the Tennessee Attorney General
40 South Main Street, Suite 1014
Memphis, TN 38103

*Address*

jim.newsom@ag.tn.gov

*E-mail address*

(901) 543-2473

*Telephone number*

(901) 543-9025

*FAX number*