UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division
Office of the Clerk

*Wendy R. Oliver, Clerk*                                       *Deputy-in-Charge*
*242 Federal Building*                             *U.S. Courthouse, Room 262*
*167 N. Main Street*                                *111 South Highland Avenue*
*Memphis, Tennessee 38103*                    *Jackson, Tennessee 38301*
*(901) 495-1200*                                           *(731) 421-9200*

NOTICE OF SETTING
Before Judge Thomas L. Parker, United States District Judge

April 5, 2023

    RE:    **2:23-cv-02176-TLP**
               **Friends of Georges, Inc. v Steven J. Mulroy**

Dear Sir/Madam:

A **TRIAL/HEARING on the Petition for Preliminary Injunction** has been **SET** before **Judge Thomas L. Parker** for **MONDAY, MAY 22, 2023** at **9:00 A.M. in Courtroom No. 2, 11th floor of the Federal Building, Memphis, Tennessee.**

The parties are instructed to have present any witnesses who will be needed for this hearing.

If you have any questions, please contact the case manager at the telephone number or email address provided below.

                                      Sincerely,
                                      WENDY R. OLIVER, CLERK
                                      BY:    *s/Sandra McClain*,
                                                        Case Manager
                                                        901-495-1317
                                                        Sandra_mcclain@tnwd.uscourts.gov