# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02163-TLP-tmp |
| v. | ) | |
| | ) | |
| STATE OF TENNESSEE, BILL LEE, in his official and individual capacity as governor of Tennessee, and JONATHAN SKRMETTI, in his official and individual capacity as the Attorney General of Tennessee, | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| FRIENDS OF GEORGE'S, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:23-cv-02176-TLP-tmp |
| v. | ) | |
| | ) | |
| STEVEN J. MULROY, in his official and individual capacity as District Attorney General of Shelby County, Tennessee, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## SCHEDULING ORDER

The Court held a conference on April 5, 2023, to discuss the timeline for a consolidated preliminary injunction hearing and trial on the merits under Federal Rules of Civil Procedure. 65(a)(2). Present were Brice Moffatt Timmons, Melissa Stewart, and Craig A. Edgington, counsel for Plaintiff, and James R. Newsom, III, Robert W. Wilson, and Steven James Griffin, counsel for Defendants. At the Conference, the Court established these dates as final deadlines

for:

**PLAINTIFF'S BRIEF**[1]:  April 14, 2023

**DEFENDANTS' RESPONSE TO PLAINTIFF'S BRIEF**:  April 28, 2023

**PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE**:  May 5, 2023

**DEFENDANTS' SURREPLY TO PLAINIFF'S REPLY TO DEFENDANTS' RESPONSE**: May 12, 2023

**COMPLETING ALL DISCOVERY**:  April 28, 2023

**CONSOLIDATED PRELIMINARY INJUNCTION HEARING and TRIAL ON THE MERITS**:  May 22, 2023, at 9:00 a.m.

*This order has been entered after consultation with the parties.  Absent good cause shown, the deadlines set by this order will not be modified or extended.*

**SO ORDERED**, this 6th day of April, 2023.

    s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

---

[1] The page limit for Plaintiff's Brief and Defendant's Response is thirty-five pages, and the page limit for Plaintiff's Reply and Defendant's Surreply is ten pages.