IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., *Plaintiff,* v. STEVEN J. MULROY, *Defendant,* and the STATE OF TENNESSEE, *Intervenor under Rule 5.1.* | Case Nos. 2:23-cv-02163, -02176 |

**NOTICE OF APPEARANCE**

**I.  NOTICE**

Undersigned counsel, Jacob Webster "Jake" Brown of the law firm of APPERSON CRUMP, PLC, respectfully gives notice of his appearance in this action on behalf of the Plaintiff, FRIENDS OF GEORGE'S, INC.

Dated April 4, 2023.

        Respectfully submitted,

        */s/ Jacob Webster Brown*
        Jacob Webster Brown (TN 36404)
        Sara Kathrine McKinney*
        **APPERSON CRUMP, PLC**
        6000 Poplar Avenue, Suite 150
        Memphis, Tennessee 38119
        (901) 756-6300 (Office)
        (901) 757-1296 (Fax)
        *jbrown@appersoncrump.com*
        *smckinney@appersoncrump.com*
        *Application for admission by examination pending.

        *Attorneys for Plaintiff Nicole Freeman*

## II. CERTIFICATE OF SERVICE

I certify this motion is filed on April 21, 2023, via the District Court's electronic-filing service, and all counsel of record will be automatically served by operation of the same.

        */s/ Jacob Webster Brown*