IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**FRIENDS OF GEORGE'S**,

    Plaintiff

v.

**STATE OF TENNESSEE, GOVERNOR BILL LEE**, in his official and individual capacity as Governor of Tennessee, and **JONATHAN SKRMETTI**, in his official and individual capacity as the Attorney General of Tennessee,

    Defendants.

Civil Action No.
2:23-cv-02163-TLP-tmp

---

**FRIENDS OF GEORGE'S**,

    Plaintiff,

v.

**STEVEN J. MULROY**, in his official and individual capacity as the District Attorney General of Shelby County, Tennessee

    Defendant.

Civil Action No.
2:23-cv-02176-TLP-tmp

---

### DEFENDANT DISTRICT ATTORNEY STEVEN J. MULROY'S BRIEF

The Defendant District Attorney Steven J. Mulroy ("DA Mulroy"), in his individual capacity only, submits the following Brief in anticipation of the Court's scheduled hearing on May 22, 2023.

Defendant DA Mulroy does not, in his individual capacity, take a position on the ultimate question of whether the statute at Tenn. Code Ann. § 7-51-1407 can survive constitutional scrutiny. However, because there are significant issues of vagueness and overbreadth related to the statute, as ably expressed in the Court's reasoning in its recent Temporary Restraining Order (Dkt. No. 26, 2:23-cv-02163; Dkt. No. 14, 2:23-cv-02176), Defendant DA Mulroy asserts that conversion of the Temporary Restraining Order into a Preliminary Injunction is advisable for the duration of the Court's consideration of the issues before it. Any enforcement of this law which might take place should await final clarification from this Court on whether the statute is invalid, or whether some narrowing construction is appropriate.

Respectfully submitted,

/s/ Jessica L. Indingaro

JESSICA L. INDINGARO (BPR No. 30875)
jessica.indingaro@scdag.com
Shelby County
    District Attorney General's Office
Walter L. Bailey Criminal Justice Center
201 Poplar Avenue, 11th Floor
Memphis, Tennessee 38103
(901) 222-1300

*Attorney for Defendant DA Mulroy in his Individual Capacity Only*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was served upon all parties of record via CM/ECF on the 28th day of April, 2023.

/s/ Jessica L. Indingaro