**RECEIVED**

Judge Thomas Parker
167 N. Main Room # 242
Memphis, TN 38103

23-2167      5/11/23       MAY 15 2023

23-2174

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Dear Judge Parker,

I am writing to you as a very concerned citizen of the great state of Tennessee.
Recently SB 003 bill passed and Governor Lee signed it into law. It was supposed to go into effect on April 1, 2023. Apparently the Friends of George brought a case before you that this was unconstitutional and affected their rights as drag queens in regards to the first amendment....nothing could be farther from the truth sir. Let me try to explain. My husband and I moved here to this wonderful state from CA seeking a place that honored faith, family, traditional values, and freedom and were so pleased to find that her in the beautiful state of TN. Almost 20 other friends and family seeking the same have followed us here and love it. We first though started to become concerned a few years back when the drag queens began to want to come to our library and read to our kids. They would stoop down in their dresses at eye level (and open skirt level) and interact with the kids and it was just plain creepy.(I do have pictures that would as a parent make you very uneasy at the least). Eventually the drag queens thank goodness moved on out of the city for the most part trying to get near the children. However during pride month they come back in full force. Last year they put on show in public park dressed in appropriately, dancing sexually provocative like something in a strip club kind of moves, all out in the open in the park in front of small children ....even going over and hugging one that was a crotch level held against him. (have video of that too taken by a pastor there that day). We were in shock that this is legal around children !! And if it was legal a law needed to be passed that PROTECTED children from this. If you have not watched on line a drag show excerpts from a Drag Queens of Christmas show that took place last year across the US and in TX where someone took video of the show that kids were allowed into and did go to where men dressed as deer simulated sex acts on stage and another drag queen with large breasts with only I believe nipple covered leaned over to child in audience and said, "are you hungry"!! There was so much more shocking and inappropriate things that went on. This show tried to come to Knoxville TN after that and thank goodness some churches stood out front and I believe an officer from TBI I heard was in audience to make sure that this did not happen in front of the children again.

   This law was passed to PROTECT THE CHILDREN and nothing more ! It is NEEDED here in our state to PROTECT THE CHILDREN. The drag queens can express their first amendment rights in adult clubs in front of adults but not out where CHILDREN are present ,....IT IS JUST WRONG. Please prayerfully and thoughtfully consider releasing this hold you have placed on this very much needed law to protect our precious and innocent children here in the state of TN. Please let this law go into effect as soon as possible especially before JUNE. We and many many others are praying you make a decision to protect CHILDREN from things they legally and morally should never be exposed too. Please do the right thing sir. We will be praying and hoping for this and for you.    I would love it if you could reply just so I know you did get a chance to read this.    Thanks for your consideration, LUANN NICOSIA

*[signature]*