LUANN N.
3012 MADISON PL
COOKEVILLE, TN 38501

COOKEVILLE TN
38501-9998
MAY 12 20
USPS

RECEIVED
MAY 15 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

JUDGE Thomas Parker
167 N. MAIN Room # 242
MEMPHIS, TN 38103