23-2176

5/14/23

To
Judge Thomas Parker,
    I've been a resident of TN for 23 years and I love my state.
    I'm very concerened about the purpose of SB 003 which was passed in the House and Senate and our Governor Lee signed into effect 4/1/23 and which you Sir are blocking!
    As you very well know this bill protects the innocence of the innocent from drag queen shows.
    These shows which claim their family friendly are far from it, and by NO MEANS are suitable for every family member (ie children)! These performance's should be restricted for adults only!
    They still have the liberty to attend these shows.



5/14/23

Please Sir as a concerned parent and grandmother who cares about the welfare of Children and I'm sure you feel the same, please Please lift your blocking of this Bill (SB003)

Stand with our Governor and our representative's and the people of Tennessee! "Do the Right Thing"

Thank You!
Respectfully
JoAnn Barone

