21-2163
23-2176

RECEIVED

MAY 1 9 2023

Wendy R Oli... ...rk
U.S. District ...
W.D. OF TN, Memphis

Judge Thomas Parker

167 N. Main Street #242

Memphis, TN 38103

Dear Judge Parker,

I am referencing SB003. And all I can ask is "How comfortable would you be sitting in a Drag Show with your children and grandchildren"?

Respectfully,

Jane G. Ziesmer, NHA



Jane Ziesmer
411 Wandering Trl.
Franklin, TN 37067-5769

NASHVILLE TN 370

17 MAY 2023 PM 7 L

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167