185 Williamsburg Dr
Lenior City TN 37772

**RECEIVED**

Judge Parker   MAY 19 2023                    5-17-23.

Wendy R. Oliver, Clerk
U.S. District Court
W.D. OF TN/Memphis

I am asking you to hold the line on SB 0003, HB 0009.

This doesn't restrict or stop adults from attending Drag Queen Shows. We want to protect the innocense of children.

Exposing children to sexual things is abusive + can cause fear, + future problems. Non touching behavior can be just as upsetting + emotionally hurtful + damaging. Let children stay children with innocense.

And Remember what Jesus said in Matthew 18:6

But whoever causes one of these little ones who believes in me to sin, it would be better for him if a milstone were hung around his neck, + he were drowned in the depth of the sea. Woe to the world because of offenses. For offenses must come, but WOE to that man by whom the offense comes.

                            Thanks Any Poteet



Jerry Poteet
Ann Poteet
185 Williamsburg Drive
Lenoir City, TN 37772

KNOXVILLE TN 377
17 MAY 2023 PM 4  L

RECEIVED Judge Thomas Parker
MAY 19 2023  167 N. Main Street #242
Wendy R Oliver, Clerk
U.S. District Court  Memphis TN 38103
W.D. OF TN, Memphis

38103-182167