May 16th, 2023

Judge Thomas Parker,

Please defend the Children. Protect those that cannot protect themselves. Let no child under legal age see this pornography. Save their innocence.

To purposely expose a child to adult sexuality is a form of child abuse.

I ask you to please not taint our future generations, our grandchildren with such lewd acts.

Thank you Judge Thomas Parker. I am praying you make a Godly decision. Lisa Doseck 230 Dudala Way

RECEIVED
MAY 19 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN (Memphis)

Mr. and Mrs. Michael Doseck
230 Dudala Way
Loudon, TN 37774



KNOXVILLE TN 377

17 MAY 2023 PM 1   L



FOREVER / USA

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN  38103

38103-182834