RECEIVED

MAY 1 9 2023

Wendy R Oli
 U.S. District
 W.D. OF TN, Memphis

Dear Honorable Judge Thomas Parker,
   Please decide in favor of SB003.
Children have enough on their plate
+ Do Not Need to be subjected to a
Drag Show. Children are impressionable.
Lets not not jeopardize their innocence.

This bill is about protecting our kids!
Adults are not affected.

                    Thank you,
                    Ann L Eckel
                    901 Daksi Lane
                    Loudon TN 37774

201 Daksi Lane

Loudon, TN

37774

KNOXVILLE TN 377

RECEIVED MAY 2023 PM 2 L

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182834