**RECEIVED**

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

5-15-23

Dear Judge Parker,

Please do not block SB003. This is a way to protect children from sexual images. It is not infringing on the rights of adults to view immoral shows if they choose to do so. Please protect the innocence of our children. You can make a difference in the lives of many. Please support this bill which the Senate + House passed. With thanks, Carol Johnson

Glenn & Carol Johnson
107 Osage Lane
Loudon, TN 37774

KNOXVILLE TN 377
16 MAY 2023 PM 2 L

FOREVER / USA

RECEIVED
MAY 19 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street # 242
Memphis, TN 38103

38103-182167