14 May 2023

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Reference: SB003

Your Honor:

I understand that you are blocking the Drag Queen bill, SB003, which would prevent drag queen shows with minor children present.

The purpose of this bill is to protect those that cannot protect themselves.

Drag shows are immoral, if not gross. They are, in my opinion, tantamount to live pornography and to child abuse.

Young children will forever be traumatized by seeing the actions in these events and may be encouraged to seek sex changes at an early age, well before they can make intelligent, informed decisions.

This bill does not prevent adults from attending these shows.

This is not a First Amendment issue, the queens can speak out and perform. Nothing in the First Amendment guarantees an audience.

I strongly support SB003 and very strongly request that you remove your block and allow the bill/law to go into effect, as planned.

Very Sincerely,

Kathleen G. Monaghan
205 Oohleeno Trace
Loudon, Tennessee 37774
gluttrell@prodigy.net
864-293-8388

George Luttrell
Kathleen Monaghan
205 Oohleeno Trace
Loudon, TN 37774

KNOXVILLE TN 377
16 MAY 2023 PM 2 L

RECEIVED
MAY 19 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main St. #242
Memphis, TN
38103

38103-182167