May 15, 2022

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

RECEIVED

MAY 1 9 2023

R Oliver, Clerk
District Court
W.D. OF TN, Memphis

Reference: 5B003

Your Honor:

I understand that you are blocking the Drag Queen bill, 5B003, which would prevent drag queen shows with minor children present.

The purpose of this bill is to protect those that cannot protect themselves.

Drag shows are immoral, if not gross. They are like live pornography and we need to protect children from viewing this abnormal activity.

Young children can be traumatized by seeing the actions in these events and may be encouraged to seek sex changes at an early age, well before they can make intelligent, informed decisions affecting their life forever after.

This bill does not prevent adults from attending these shows nor is this preventing First Amendment rights as those queens can speak out and perform in adult only venues, just not in public where children are exposed to this kind of sexual abnormity.

I strongly support 58003 and request that you remove your block and allow the bill/law to go into effect, as planned.

Sincerely,

*Lennette Horton*

Lennette Horton

118 Chota Shores Way

Loudon TN 37774

handynana@gmail.com

*Please give children back their childhood!*

HORTON  
118 Chota Shores Way  
London TN 37774

KNOXVILLE TN 377  
16 MAY 2023 PM 2 L

RECEIVED  
MAY 19 2023  
Wendy R Oliver, Clerk  
U.S. District Court  
W.D. OF TN, Memphis

Judge Thomas Parker  
167 N. Main Street #242  
Memphis, TN 38103

38103-182167