May 15, 2022

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

Reference: 5B003

Your Honor:

I understand that you are blocking the Drag Queen bill, 5B003, which would prevent drag queen shows with minor children present.

The purpose of this bill is to protect those that cannot protect themselves.

Drag shows are immoral, if not gross. They are live pornography and we need to protect children from viewing this abnormal activity.

Young children can be traumatized by seeing the actions in these events and may be encouraged to seek sex changes at an early age, well before they can make intelligent, informed decisions affecting their life forever after.

This bill does not prevent adults from attending these shows nor is this preventing First Amendment rights as those queens can speak out and perform in adult only venues, just not in public where children are exposed to this kind of sexual abnormity.

I strongly support 5B003 and request that you remove your block and allow the bill/law to go into effect, as planned.

Sincerely,

Bernard Horton

118 Chota Shores Way

Loudon TN 37774

berniehorton@gmail.com

Bernie Horton
118 Chota Shores Way
Loudon, TN 37774

16 MAY 2023 PM 3 L

RECEIVED
MAY 19 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167



Judge Thomas Parker
167 N, Main Street #242
Memphis, TN 38103

May 15th, 2023

Dear Judge Parker:

I understand that you are deciding on the Drag Queen lawsuit very soon. I have been moved by the Holy Spirit to write to you and share what the Lord has to say about this.

Yes. The First Amendment is important to all Americans. We should be able to speak about anything in a free country and Drag Queens are free to discuss whatever they want. However, this is not really about free speech. No one is trying to stop them from speaking out. However, our children are protected citizens. They are impressionable and can be harmed by perverted displays, especially when the children are brought into the act and invited to touch a man's genitals on stage as was the case in Chattanooga last year. That is pure evil!

We protect children from the harm caused by smoking, drinking alcohol, illegal drugs, driving before good judgement has developed. We protect them from pedophiles, internet pornography, sex trafficking, access to guns, and sexual abuse in the home. A gay group said publicly – "We are coming for your children". I think this is what was inferred.

Our country is systematically being attacked by a demonic surge in violence and immorality. The Bible prophesizes what will happen in the end of times. Well, its here! The Bible says to not speak out against evil, is sin by us. We need to speak out as this decision could harm our children, a protected and sacred class of citizens.

Protecting children is a sacred honor for those with political or judicial power. The Lord wants us to stand up against this blatant attack designed to corrupt the innocence of youngsters. If we don't, our state could lose the blessings that we have earned. Psalms 2:11-12 says: Serve the Lord with fear and celebrate his rule with trembling, Kiss His Son or He will be angry, and your way will lead to your destruction for His wrath can flare up in a moment.

I'm not sure if you fear God as I do. To Him, children <u>must</u> be protected as they are the future of this great country. They have a right to innocence without sexual perversion and influence. It has to do with protecting children versus allowing them to be exposed to demonic evil. Good vs evil.

So where does this evil stop? Are we going to allow evil to change laws that were divinely created? Are we going to harm children emotionally and morally? Or is Tennessee going to obey the Lord and keep the light shining on this hill that has attracted so many good people from evil places?

I left California to escape evil and tyranny expecting Tennessee to be a righteous state. Siding with drag queens that want to corrupt and harm our children sure doesn't fit my narrative of a righteous place to live. Don't California my Tennessee!

God bless and guide you,

Colonel (ret) James Willis
Executive Director
Pastors for Liberty

209-831-0034



**PASTORS FOR LIBERTY**

270 Hickman Street
Lenoir City, TN 37772

KNOXVILLE TN 377
17 MAY 2023 PM 1 L

USA FOREVER

RECEIVED
MAY 19 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main St, #242
Memphis, TN 38103

38103-182167