Judge Thomas Parker

167 N. Main Street #242

Memphis, TN 38103

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Dear Judge Parker

Why are you blocking SB003 from going into effect ? This bill protects children from the advancements and grooming from men playing at and demeaning women. This is confusing to children and detrimental to their physical, mental, and emotional well being. Would you leave your children or grandchildren with these men ?

These drag queens are filing that this bill is unconstitutional and infringing on their 1st amendment rights. Where does it say in the Tennessee constitution or the US Constitution that infringing on the rights and welfare of a vulnerable (ie. Physically, mentally, and emotionally immature) population is their right ? If you agree with these drag queens, then that would say that bullies have the right to prey on (ie. Bully) weaker individuals. How sad.

By your actions you are approving the abuse of children. How sad.

Leave the children alone. Adults are free to indulge in this venue, but leave the children out of it.

Respectfully,

Linda Tobiasz & Tim Burke

Loudon TN

*[signature: Linda + Tim Burke]*

Ms. Linda Tobiasz
165 Elokwa Way
Loudon, TN 37774-3007

KNOXVILLE TN 377
17 MAY 2023 PM 2 L
USA FOREVER

RECEIVED
MAY 19 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167