May 17, 2023

Emily Eastwick
186 Tommotley Drive
Loudon, TN 37774

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Your Honor,

I am writing as it is past time in my (and many others') opinion to hold the line and protect the innocence of children!

As you are aware, SB0003/HB0009 was passed by the Senate with a vote of 26 to 6 and by the House of Representatives with a vote of 74 to 19 – both overwhelming majorities.

Governor Lee signed the bill on March 1st for the law to go into effect April 1, 2023.

The purpose of SB0003 is to protect those that cannot protect themselves, that is children that are not of legal age.

SB0003 does not restrict adults from having the liberty to watch drag queens and their shows.

Drag queen shows and other sexually explicit, immoral shows, invade the innocence of children. This is tantamount to child endangerment and child sexual abuse.

Purposely exposing a child to adult sexuality is considered a form of child sexual abuse, whether or not a child is touched. Non-touching behaviors can be just as upsetting and emotionally harmful to a child as some touching behaviors.

The U.S. Supreme Court has ruled on child pornography based on "Community Standards". However, they did not cross the barrier of children that are not of legal age.

As I said earlier in this correspondence, it is time to hold the line and protect the innocence of children. Therefore, I encourage you to do so accordingly.

Sincerely,

*Emily J Eastwick*
Emily Eastwick

Emily Eastwick
186 Tommotley Drive
Loudon, TN 37774



KNOXVILLE TN 377

17 MAY 2023 PM 2 L

RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167