RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

5/16/2023

Dear Judge Thomas Parker,

Please, please protect our children from adult drag performances. Our children should not be sexualized by anyone for any reason. Please allow our elected lawmakers do they're jobs by enforcing these laws that protect our children from this kind of abuse. Thank you for listening.

Sincerely,

*Catherine DiBiaggio*

Dave and Catherine DiBiaggio
Vonore, TN

DiBiaggio
163 Itawa Trail
Venore, TN 37885

KNOXVILLE TN 377

17 MAY 2023 PM 4 L



RECEIVED

MAY 19 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167