Dianna Cantrell Whitehead
2715 Tooles Bend Rd
Knoxville TN 37922
May 22, 2023

RECEIVED
MAY 24 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main St #242
Memphis TN 38103

Dear Judge Parker,

I am writing to you as a concerned Tennessean regarding Senate Bill SB0003 outlawing drag queen shows for underage children in my state. This bill was written and designed to protect our children who cannot protect themselves due to their immaturity. Drag queens and their immoral shows invade the innocence of children exposing them to sexual images and movements that leave lasting impressions not easily irradicated if it's even possible to erradicate them. I know because I was exposed to porn at age 9. I still have visual memories of the ungodly things I saw on those films. I'm now 62 yrs. old. They still haunt me. Thus I advocate for sexual purity for today's children! Adults have the liberty to go watch drag queens and their shows. They have enough of an audience in ages 18 and over. Their 1st Amendment rights are NOT infringed upon! Please protect our children!

Respectfully,
Dianna Cantrell Whitehead

Dianna Cantrell Whitehead
2715 Tooles Bend Rd
Knoxville TN 37922

KNOXVILLE TN 377
22 MAY 2023 PM 3  L
FOREVER / USA

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

38103-182167