RECEIVED

MAY 2 4 2023

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main Street #242
Memphis, TN 38103

May 20, 2023

Dear Judge Parker:

It has come to my attention that you are blocking SB0003/HB0009, the bill signed into law to end public sexualized performances in the presence of minors in Tennessee.  Please allow this bill to go into effect to protect the innocence of our children from inappropriate drag queen shows.

Purposely exposing a child to adult sexuality is tantamount to child endangerment and child sexual abuse, whether or not a child is touched.  Non-touching behaviors can be just as upsetting and emotionally harmful to a child as some touching behaviors.  Hopefully, your final decision on May 26 will enable this bill to go into effect without further delay.

Thank you,

Michael Casey
Loudon, TN 37774



Michael Casey
205 Erick Ln.
Loudon, TN 37774

KNOXVILLE TN 377

22 MAY 2023  PM 1  L



JUDGE THOMAS PARKER
167 N. MAIN STREET #242
MEMPHIS, TN  38103

38103-182167