23-2163

Dear Judge Parker:

MAY 25 2023

I understand that you Wendy R. Oliver, Clerk, U.S. District Court, W.D. of TN, Memphis are deciding on the Drag Queen lawsuit of TN.

I urge you to protect our kids from sexual perversion and immorality!

You are in a very key position. Please do not cave to the bullying and pressures from the drag queens and their immoral shows.

Children's exposure to sexual images leave lasting impressions and result in very harmful behavior. Kids will act out on seeds of sexual perversion. How many thousands of people were abused sexually as children? We must protect the innocent. Perversion and immorality are not healthy to our society in any way!

Please! Please! Please help protect our children in TN! My family & I left everything in WA state to escape evil and tyranny. We don't want to see corruption in our beloved new home in TN!

Sincerely,
Valencia Peters

Valencia Peters
1140 Club Dr.
Loudon, TN 37774

KNOXVILLE TN 377
23 MAY 2023 PM 4 L

RECEIVED
MAY 25 2023
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

Judge Thomas Parker
167 N. Main St. #242
Memphis, TN 38103

38103-182167