**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | |
|---|---|
| FRIENDS OF GEORGE'S, INC., *Plaintiff*, v. STEVEN J. MULROY, in his official and individual capacities, *Defendant*. | Case No. 2:23-cv-02163-TLP-tmp<br>Case No. 2:23-cv-02176-TLP-tmp |

**NOTICE OF APPEAL**

Steven J. Mulroy, in his official capacity as District Attorney General for the Thirtieth Judicial District of Tennessee, gives notice of his appeal to the United States Court of Appeals for the Sixth Circuit from this Court's final judgment for the consolidated cases, ECF No. 92, entered June 7, 2023, into which this Court's Findings of Fact and Conclusions of Law, ECF No. 91, and all other appealable orders have merged.

Respectfully submitted,

JONATHAN SKRMETTI
Attorney General and Reporter

ANDRÉE S. BLUMSTEIN
Solicitor General

s/J. Matthew Rice
J. Matthew Rice (TN BPR No. 40032)
  *Associate Solicitor General & Special*
  *Assistant to the Solicitor General*
Office of the Tennessee Attorney General
P.O. Box 20207
Nashville, Tennessee 37202-0207
(615) 532-6026
Matt.Rice@ag.tn.gov

*Counsel for Steven J. Mulroy, in his official capacity as District Attorney General for the Thirtieth Judicial District of Tennessee*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 30, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing report. Parties may access this filing through the Court's electronic filing system.

                                                  s/J. Matthew Rice
                                                  J. Matthew Rice (TN BPR No. 40032)
                                                    *Associate Solicitor General & Special*
                                                    *Assistant to the Solicitor General*